# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/28/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

FRANK VEGA,

    *Plaintiff,*

v.

CENTURY CONCRETE INC.,

    *Defendant.*

CASE NO. 6:21-cv-57

ORDER

JUDGE NORMAN K. MOON

For the reasons stated in the accompanying memorandum opinion, the Court GRANTS in part and DENIES in part Defendant's motion to dismiss, Dkt. 31. The Court dismisses Counts I through VI, but does not dismiss Count VII.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this  28th  day of July 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE