IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

FRANK VEGA

       Plaintiff,

v.                                                                                  Civil Action No. 6:21-cv-00057-NKM

BARTON MALOW CCIP,

and

CENTURY CONCRETE, INC.,

       Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Frank Vega, and Defendant, Century Concrete, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submit this stipulation of voluntary dismissal of this action with prejudice. All parties are responsible for their respective attorneys' fees and costs, as applicable.

| /s/ | /s/ Neil S. Talegaonkar |
|---|---|
| Frank Vega, *Pro Se* | Neil S. Talegaonkar (VSB No. 44589) |
| 73 Crystal Lane | Kaufman & Canoles, P.C. |
| Evington, Virginia 24550 | 1021 East Cary Street, Suite 1400 |
| vegf178@gmail.com | Richmond, Virginia 23219 |
| | Telephone: (804) 771-5700 |
| | Facsimile: (888) 360-9092 |
| | nstalegaonkar@kaufcan.com |

*Counsel for Century Concrete Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I will mail the document by U.S. mail and electronic mail to the following non-filing user, *pro se* plaintiff:

Frank Vega
73 Crystal Lane
Evington, Virginia 24550
vegf178@gmail.com

/s/ Neil S. Talegaonkar
Neil S. Talegaonkar (VSB No. 44589)
Kaufman & Canoles, P.C.
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
nstalegaonkar@kaufcan.com

*Counsel for Century Concrete Inc.*

20767954.v1